BENJAMIN I. POWELL, *Plaintiff in Error*, v. NEWMAN-BUTLER COMPANY, A CORPORATION, *Defendant in Error*.

Division B.

Decision Filed May 4, 1928.

Petition for Rehearing Denied July 19, 1928.

*Mitchell D. Price* and *Robert J. Boone,* for Plaintiff in Error.

*Loftin, Stokes & Calkins,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for

the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

Decision Filed July 19, 1928.

A rehearing has been asked.

PER CURIAM.—Whether the plaintiff had paid his occupation license is defensive matter. There is sufficient legal evidence of a promise by the defendant to support the verdict for the plaintiff.

Rehearing denied.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.